UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Phala Cooper #R89023

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Judge Matthew E. Coghlan

State's Attorney Scott L. Clark

Attorney Shelby Prusak

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

JAN 19 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**21-cv-00307
Judge Edmond E. Chang
Magistrate Judge Jeffrey Cole
PC7**

**CHECK ONE ONLY:**

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

  X    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

  A. Name: PhaLA C. CoopeR # R89023

  B. List all aliases: _____

  C. Prisoner identification number: #R89023

  D. Place of present confinement: P.O. Box 1000

  E. Address: LiNcolN, Ill. 62656 (LogaN-CorrectioNal-CeNteR

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: MAtthew E. CoghLAN

  Title: CouRt Judge

  Place of Employment: 2600 S. CALiF Ave Court Room #503 chicago, Ill.

  B. Defendant: StAte's AttorNey - Scott L. CLARK

  Title: TRiAL - StAte's AttorNey

  Place of Employment: 2600 S. CALiF Ave Court Room #503 chicago, Ill.

  C. Defendant: AttorNey shelby PRusAK

  Title: my TRiAL - AttorNey, who RepReseNted me IN court

  Place of Employment: 910 west VAN StReet # Suite 162 chicago, Ill.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

4. Defendant, _____, is
(name, badge number if known)

☐ an officer or official employed by _Judge - Court Room ) State's Attorney Court Trial Attorney At Trial_ ;
(department or agency of government)

_Court Room ) Judge Matthew E Coshlan ) State's Attorney Scott Clark_ or
_Attorney Shelby Pausak_

☒ an individual not employed by a governmental entity. _Judge and State's Attorney and Trial Attorney_

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _Cook County_. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _____, at approximately _____ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _Court Room #_
_2600 S. Calif Ave Chicago, Ill._, in the County of _Cook_,
State of Illinois, at _Cook County Court Room #503_,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other:
_____
_____

2

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: NONE
   NONE

   B. Approximate date of filing lawsuit: NONE

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE
   "
   "
   "

   D. List all defendants: NONE
   NONE
   NONE
   NONE

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

   F. Name of judge to whom case was assigned: NONE
   NONE

   G. Basic claim made: NONE
   "
   "

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONE
   "
   "

   I. Approximate date of disposition: NONE

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Phala Cooper #R89023, Bring this complaint to the court's, Based on a judge by the name of Matthew E. Coghlan's mis-conduct as a judge where evidence has been discovered of his criminal-corruption as a racist judge against black and brown people of color, It's a News-paper-artical that show's that judge Matthew E. Coghlan was voted out of his positon and authority as a Judge, As a Judge who in my case, used his own speculation-theory's and the testimony of victim and state-witnesses rehearsed testimony by state's attorney Scott L. Clark under threat's and intimidation's as factor's to render a guilty verdict, Knowing that evidence held no-truth, He judge Matthew E. Coghlan, allowed victim and state witnesses testimony, held no credibility or circumstantial factor's, only that influenced by victim and state witnesses to cover-up-and-clear-up there back-ground's under criminal-corruption where there involvement as perticipant's in this crime, and to make me look as the villain and perpetrator whom master-minded the crime, and to clearly un-privilage-and-deprive me of my equal right's as a defendent, where I could'nt challenge his judgement

4

Revised 9/2007

3/ (COMPLAINT FOR MY ATTORNEY - SHELBY PRUSAK)

I PHALA COOPER, BRING THIS COMPLAINT AGAINST ATTORNEY SHELBY PRUSAK, WHERE AS MY ATTORNEY, HE ATTORNEY SHELBY PRUAK, DID'NT REPRESENT ME TO THE BEST OF HIS ABILITY AT THE TIME ——— AND DATE — OF MY TRIAL, HE ATTORNEY SHELBY PRUAK WHOM WAS PAID $5,000 BY MY MOTHER ——— ——— ON SAID DATE ——— AND TIME, DID'NT SHOW CORRECT - REPRESENTATION AS A - QUALIFIED ATTORNEY, . THE QUALIFICATION WAS'NT THAT OF STANDARD'S, MEANING — AS A ATTORNY WAS'NT REAL — ESTABLISHED AS THE ATTORNEY THEY CLAIMED TO BE, AS STATED WAS WAS PAID $5,000 TO REPRESENT ME, BUT ONLY PUT IN ABOUT $2.00 WORTH OF HIS - ABILITY ON MY CASE, BUT LED ME TO BELIEVE THAT IN TRUST AND FAITH OF THERE CLAIM AND ACTION'S AS A CRIMINAL - ATTORNEY.

ATTORNEY SHELBY PRUSAK, HAD KNOWLEDGE AND HELD KNOWLEDGEABLE EVIDENCE THAT STAGED AND SHOWN THAT STATE'S VICTIM AND STATE WITNESSES TESTIMONY HELD NO CIRCUMSTANTIAL OR CREDIBILITY FACTOR'S, ONLY THAT OF FABRICATION'S - SPECULATION'S - AND ASSUMPTION'S MADE UNDER REHEARSED LIE'S OF VICTIM AND STATE WITNESS WHO UNDER THE INFLUENCE OF THREAT'S AND — INTIMIDATION, BY STATE'S ATTORNEY SCOTT L. CLARK, WHOM MADE IT CLEAR THAT STATE WITNESSES AND VICTIM'S TESTIMONY WOULD COVER UP THERE BACK GROUND AND LEAD JUDGE MATTHEW E COGHLAN THEORY TO DIS - CREDIT - ME THE PRIVILAGE TO QUESTION AND CORRECT THE KNOWLEDGE THAT WAS USED, ALL MY LAWYER DONE WAS SPEAK ON HOW FAIR JUDGE MATTHEW E COGHLAN WAS AS A JUDGE, WHICH WAS LIE'S, THEY KNEW OF HIS WAY'S AS A RACIALIST JUDGE AGAINST BLACK AND BROWN PEOPLE OF COLOR, ATTORNEY SHELBY PRUSAK CLEARLY INFLUENCED ME TO TAKE A BENCH TRIAL, BECAUSE I HAD NO KNOWLEDGE OF THE LAW (IGNORANT) TO THE LAW AS TO SAY, AND THEN BECAME VERY DISRESPECTFUL TOWARD'S MY MOTHER ——— ——— WHOM QUESTIONED HER KNOWLEDGE AS MY ATTORNEY WHEN SHE STATED "HOW - CAN - YOU - JUST - SIT - THERE - AND - NOT - SPEAK - UP - IN - MY - DAUGHTER BEHALF," ATTORNEY STATED. SHE'S ONLY GOING TO BOOT - CAMP FOR 2 YEAR'S DON'T WORRY ABOUT IT, I - KNOW - WHAT - I'M - DOING!

I PHALA COOPER MUST FILED THIS COMPLAINT IN HOPE'S THAT JUSTICE WILL BE SERVED UNDER JUSTICE - REFORM, BECAUSE ON NOV. 20th 2020, I WAS TESTED IN LOGAN - CORRECTAL - CENTER FOR COVID - 19, AND IT CAME BACK, STATING I TESTED POSITIVE FOR COVID - 19, THERE FOR IN THE NAME OF THE FATHER ALMIGHTY "GOD" I PRAY THAT JUSTICE WILL BE VERY APPRECIATED, AND RETURN TO SOCIETY AND CAN LIVE A POSITIVE AND PRODUCTIVE LIFE - STYLE!

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. ☒ Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. ☒ Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: PhALA C. COOpeR #R89023

Plaintiff's mailing address: P.O. Box 1000 - Lincoln, Ill. 62656 LOGAN - CORRECTIONAL - CENTER

City LINCOLN    State Ill.    ZIP 62656
LOGAN - CORRECTIONAL - CENTER

Plaintiff's telephone number: (   ) None.

Plaintiff's email address *(if you prefer to be contacted by email)*: None

None

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

5

Cooper R89023
P.O. Box 1000
Lincoln, IL 62656

01/19/2021-2

21-cv-00307
Judge Edmond E. Chang
Magistrate Judge Jeffrey Cole
PC7

The Clerk of Courts Street Mckinley Dirksen Center
219 South Dearborn St
Chicago IL 60604



CERTIFIED MAIL
7020 0640 0000 1015 1407

RECEIVED
JAN 19 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. POSTAGE $012.85
ZIP 62656
JAN 13 2021

This correspondence is from an inmate of the Illinois Department of Corrections.

Cooper R89023
P.O. Box 1000
Lincoln, IL 62656

21-cv-00307
Judge Edmond E. Chang
Magistrate Judge Jeffrey Cole
PC7

01/19/2021-2

The Clerk of Courts Street Mckinley Dirksen Center
219 South Dearborn St
Chicago IL 60604



7020 0640 0000 1015 1407
CERTIFIED MAIL

RECEIVED
JAN 14 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ZIP 62656
$012.85
JAN 13 2021

This correspondence is from an inmate of the Illinois Department of Corrections.