

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Thala Cooper
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Judge Mathew E. Coghlan
Asst. State Attorney Scott Clark
Attorney Shelby Prusak

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 21 CV 307
(To be supplied by the Clerk of this Court)

**RECEIVED**

JUN 22 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHECK ONE ONLY:            **AMENDED COMPLAINT**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Phala Cooper

    B. List all aliases: _____

    C. Prisoner identification number: R89023

    D. Place of present confinement: Logan Corr. Center

    E. Address: P.O. Box 1000 Lincoln IL 62656

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Matthew E. Coghlan
    Title: Judge
    Place of Employment: 2600 South California Chgo IL Courtroom 503

    B. Defendant: Scott Clark
    Title: Asst. State's Attorney
    Place of Employment: 2600 South California Chgo IL

    C. Defendant: Shelby Prusak
    Title: Attorney
    Place of Employment: 1021 West Adams Street Suite 102 Chicago Illinois 60607

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:** N/A

   A. Name of case and docket number: _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____

   G. Basic claim made: _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) 2012, Cook County Courtroom 503

— Judge Matthew Coghlan turned a blind eye to much of the evidence and also refused to take into consideration the fact that the cheif witness and the other witnesses for the state was impeached, also under the proper standard knowing damning to the truth evidence against the witnesses for the state existed that they were involved in this crime. The trial court failed to properly weigh and apply the seriousness of the evidence and all necessary elements for conviction to give the plaintiff an enhancement when no physical evidence of a firearm was produced. Judge Matthew Coghlan, made judgements under fabrications, speculations as well as assumptions to create his theory's based on the testimony's victim and state's witnesses which evidence held no truthful credibility, Rendered a guilty verdict knowingly knowing the state did not prove the crime by a reasonable doubt of guilt.

— Asst. State's attorney Scott Clark, while acting in an investigatory function and prior to the plaintiff's arrest conspired among themselves and with the detectives to fabricate witnesses testimonies to build an unjust case against the plaintiff, knowing full well that the state witnesses were the masterminds of the crime and was guilty of the crime. State's attorney Clark, concealed the fact that they were apart of the crime, And the witnesses were coerced, pressured, threatened and showed leniency for their statements (cooperation) The state used these perjurious testimonies at trial, knowing the witnesses testimonies were flawed with inconsistencies

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

yet was still used against the plaintiff at trial. Attorney Shelby Prusak, failed to adequately prepare for trial, by not procuring the services of an expert witness, Failure to conduct an interview with state witnesses and ask pertinent questions, or the sufficiency of information to specify the witnesses statements made to the police and asst. state attorney. Counsel's failure to object witnesses prior inconsistent/flawed statements. Counsel never filed a discovery motion requesting inter alia for evidence for said firearm, of any deals, promises or inducements made to witnesses in exchange for their testimonies. The fact that attorney (Shelby Prusak) for the plaintiff knew their was no physical injuries to any victim, nor was there no physical evidence of a firearm and attorney did not argue the fact that there is no exhibit to prove beyond a reasonable doubt that a firearm physically existed. Attorney Prusak for the plaintiff knew that the plaintiff did not have the ability to prepare for trial without ample opportunity to inspect all evidence against her, and still advise the plaintiff to go to trial. Attorney then gave the plaintiff misadvice advicing her to go with a bench trial because the Judge is a lenient Judge and He will not convict plaintiff off lies and inconsistencies in victim and state witnesses testimonies.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Investigation of case, grant a new trial or what this Court Deems ~~necessary~~ Necessary

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10th day of June, 2021

_[signature]_
(Signature of plaintiff or plaintiffs)

Phala Cooper
(Print name)

R89023
(I.D. Number)

Logan Corr. Center
P.O. Box 1000
Lincoln IL 62656
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Voters oust corrupt, racist Cook County judge

November 13, 2018 9:23 AM CST BY MICHELLE ZACARIAS



*A ballot marked against Judge Matthew Coghlan.*

CHICAGO—For the first time in 28 years, citizens in Cook County have voted a judge off the bench. The involvement of Circuit Court Judge Matthew Coghlan, a former prosecutor, in the wrongful conviction of two Chicago men was the impetus for the campaign against his retention.

In order to keep his seat, Coghlan needed at least 60 percent of voters to support his bid for retention, but he fell short. Coghlan pulled only 52 percent of votes cast during the midterm election. Several Chicago-based organizing communities and grassroots collectives are taking credit for this electoral ousting.

Coghlan was first elected to the bench in 2000 after serving 13 years as a Cook County assistant state's attorney. He has faced heavy scrutiny in recent years for his involvement in the convictions of Armando Serrano and Jose Montanez in a 1993 murder case. According to the Judicial Accountability PAC, as a prosecutor Coghlan orchestrated the conviction of the two

Page 1

Humboldt Park residents for the murder of Rodrigo Vargas although there was no evidence linking either of them to the crime.

The sole testimony against Serrano and Montanez came from a witness who later admitted he gave false testimony after he was threatened, intimidated and abused by Chicago Police Det. Reynaldo Guevara. Lawyers for Serrano and Montanez say that Guevara coerced a witness, then arranged payments of cash and drugs and illegal conjugal visits. Coghlan was the leading prosecutor on the case at the time.

The two Chicago men were imprisoned for 23 years before being released in July of 2016 after the initial murder charges were dropped due to allegations of police and prosecutorial misconduct. The Illinois Appellate Court found that Serrano and Montanez's legal team presented evidence of "profoundly alarming acts of misconduct" and the two men were issued uncontested certificates of innocence.

Shortly after their release, the duo filed a joint lawsuit, alleging that Coghlan and Guevara fabricated evidence in the 1993 murder case. While Coghlan has denied involvement in the framing of Serrano and Montanez, mounting evidence against his credibility led several human rights organizations to oppose his retention. Progressive lawyers, community leaders, and activists formed the Coalition to Dump Matthew Coghlan.



Cook County Circuit Judge Matthew E. Coghlan. | cookcountyjudges.org

The campaign was endorsed by a number of community-based organizing groups including Black Lives Matter Chicago, Chicago Votes, BYP100, and GoodKids MadCity.

In its first negative recommendation against a sitting judge in over 40 years, the Cook County Democratic Party encouraged citizens to vote NO on Coghlan's retention in its annual voter guide and in a 30-second video it circulated.

<u>Injustice Watch's voter guide</u> similarly pointed out that <u>Coghlan is historically known for his harsh sentencing</u> procedures and has received negative ratings from the <u>Chicago Council of Lawyers</u>. The guide, while making no recommendations of its own, focuses specifically on judicial seats. It highlighted the fact that <u>several attorneys of color described Coghlan</u> as "<u>condescending and otherwise disrespectful toward non-white lawyers and defendants in his courtroom</u>."

The <u>mobilization of young voters in Cook County</u> is creating a shift in electoral politics; many are denouncing the unconditional party loyalty of partisan politics. While <u>Coghlan's particular history of corruption as an assistant state's attorney and biased sentencing as a judge made him unfit to sit on the bench, many other current judges on the ballot have coasted by unchallenged until now</u>.

Both Serrano and Montanez have lost decades of their lives locked up in Illinois's prison system due to the wrongful convictions, due in large part to <u>Coghlan's misconduct</u>. They are determined to obtain justice.

Leading up to the midterm elections, Serrano <u>spoke publicly about the need to enact meaningful criminal justice reform</u>. "I hope that there is a change within the judicial system," he said. "These judges need to be held accountable, otherwise this will continue to happen."

Tumey v. Ohio

273 U.S. 510, 47 S.Ct 437, 71 LEd, 749 1927

Page 3

IN THE
**United States District Court for The Northern District of Illinois Eastern Division**

**Phala Cooper**
Plaintiff/Petitioner

Vs.

**Judge matthew Coghlan, Scott clark, And Shelby Prusak**
Defendant/Respondent

No. **21 CV307**

## NOTICE OF FILING / PROOF OF SERVICE

TO: Office of the U.S. District Court United States Court House 219 South Dearborn Street Chicago Illinois 60604

TO: _____

PLEASE TAKE NOTICE that on __6__/__10__/__21__, I placed the attached or enclosed documents in the institutional mail at Logan Correctional Center properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: __6__/__10__/__21__

/s/ _Phala Cooper_
Name: Phala Cooper
IDOC #: R89023

Logan Correctional Center
1096 1350th Street
PO Box 1000
Lincoln, Illinois 62656

DEANNA A BIGGER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 22, 2023

Subscribed and Sworn to Before me this __10th__ day of __June__, 20__21__

_Deann A Bigger_
Notary Public

Revised September 2009

STATE OF ILLINOIS )
) SS
COUNTY OF LOGAN )

# AFFIDAVIT

I, Phala Cooper, Plaintiff in the above-captioned cause, being first duly sworn upon oath, depose and say that I have read, understood, and signed the above documents, and that the statements therein are true and correct, in substance and in fact to the best of my knowledge, belief, and recollection.

Further Affiant Sayeth Naught

/s/ _____
Plaintiff, Pro Se

DEANNA A BIGGER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 22, 2023

Subscribed and Sworn Before Me This
11th Day of June, 2021

_____
Notary Public


Thala Cooper
#R89003
P.O. Box 1000
Lincoln IL
62656

06/22/2021-49



ATTN: Office of the U.S District
Court United States Courthouse
219 South dearborn Street
Chicago IL 60607



RECEIVED
JUN 22 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

This correspondence is from
an inmate of the Illinois
Department of Corrections.



CERTIFIED MAIL®

7020 0640 0000 1015 2963

U.S. POSTAGE » PITNEY BOWES
ZIP 62656
02 4W
0000371208 JUN 15 2021
$ 007.85